IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:14-00007 |
| | ) | |
| KAREN MANOOKIAN | ) | |

**O R D E R**

By Order entered February 26, 2015, Docket Entry No. 42, Judge Campbell granted the defendant's motion to continue the change of plea hearing and rescheduled the hearing from March 5, 2015 to 9:00 a.m. on Wednesday, March 11, 2015. Therefore,

It is hereby ORDERED that the hearing to consider defendant's waiver of presentment of the case to the Grand Jury and for arraignment is CONTINUED from March 5, 2015, to **8:30 a.m., Wednesday, March 11, 2015**, in Courtroom No. 764, U.S. Courthouse, 801 Broadway, Nashville.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge